Kevin Dean Henry /T586992
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

MAR 05 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KEVIN DEAN HENRY
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul PENZONE (M.C.S.O Sheriff),
(Full Name of Defendant)

(2) LT Beckwith A8110 M.C.S.O,

(3) Ofc. Bernardo (B3791 M.C.S.O),

(4) Ofc. Howard (B4040),

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV21-00386-PHX-SPL--CDB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Lower Buckeye Jail Phoenix, AZ

Revised 6/05/17

1

**550/555**

KEVIN DEAN HENRY T586992
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KEVIN DEAN HENRY                         ,
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) OFC. Martinez B3695 M.C.S.O          ,
(Full Name of Defendant)

(2) OFC. Navarrete (B3051 M.C.S.O)       ,

(3) OFC. Dodds (B3164) M.C.S.O           ,

(4) OFC. Flecher (B2648) M.C.S0          ,

        Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
      (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Lower Buckeye Jail / Phoenix, AZ

Revised 6/05/17

1
1-A

**550/555**

1-B

KEVIN DEAN HENRY T586992
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KEVIN DEAN HENRY                    ,
(Full Name of Plaintiff)

            Plaintiff,

v.

(1) Sergeant Cooper (A8434)          ,
(Full Name of Defendant)

(2) Provider troy Collins HS388 (CHS) ,

(3) DHU Sergeant Onterveros (2183)   ,

(4) Sergeant Jared weiers            ,

            Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
            (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other:_____

2.   Institution/city where violation occurred: Lower Buckeye Jail /Phoenix AZ          .

**550/555**

1-B

1-C

Kevin Dean Henry   T586992
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

KEVIN DEAN HENRY                    ,
(Full Name of Plaintiff)

            Plaintiff,

v.

(1)  Sergeant Kirk              ,
(Full Name of Defendant)

(2)  Sergeant Devine            ,

(3)_____,

(4)_____,

            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
            (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred:_____

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: Paul Penzone_____ . The first Defendant is employed
as: Maricopa county Jails As Sheriff____ at Maricopa County Sheriff office / Jails
           (Position and Title)                                          (Institution)

2.   Name of second Defendant: LT. Beckwith (A8110) . The second Defendant is employed as:
as: Detention Lt. AS LT._____ at Maricopa County Jail / Sheriff office .
           (Position and Title)                                          (Institution)

3.   Name of third Defendant: Ofc. BerNardo (B2791) . The third Defendant is employed
as: (SRT) Special Response Team As officer___ at Maricopa County Jails / sheriff office .
           (Position and Title)                                          (Institution)

4.   Name of fourth Defendant: Ofc. Howard (B4040) . The fourth Defendant is employed
as: (SRT) Special Response Team As officer___ at Maricopa County Jail / sheriff office .
           (Position and Title)                                          (Institution)

Continued on 2-A

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?          ☒ Yes          ☐ No

2.   If yes, how many lawsuits have you filed? __1__ . Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: Henry _____ v. Penzone _____
      2.   Court and case number: 2:20-CV-00085-SPL-CDB _____ .
      3.   Result: (Was the case dismissed?   Was it appealed?   Is it still pending?) Still Pending
      _____ .

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____ .
      3.   Result: (Was the case dismissed?   Was it appealed?   Is it still pending?) _____
      _____ .

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____ .
      3.   Result: (Was the case dismissed?   Was it appealed?   Is it still pending?) _____
      _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

2-A

## B.  DEFENDANTS

1.   Name of first Defendant: <u>Ofc. Martinez (B3695)</u>.  The  first  Defendant is employed as: <u>(SRT) Special Response Team As officer</u>   at <u>Maricopa County Jail / Sheriff office</u>.
   (Position and Title)      (Institution)

2.   Name of second Defendant: <u>Ofc. Navarrete (B3051)</u>.   The second Defendant is employed as: as: <u>(SRT) Special Response Team As officer</u>   at <u>Maricopa County Jail / Sheriff office</u>.
   (Position and Title)      (Institution)

3.   Name of third Defendant: <u>Ofc. Dodd (B3164)</u>.  The  third  Defendant is  employed as: <u>(SRT) Special Response Team As officer</u>   at <u>Maricopa County Jail / Sheriff office</u>.
   (Position and Title)      (Institution)

4.   Name of fourth Defendant: <u>Ofc. Flecher (B2648)</u>.  The  fourth  Defendant is  employed as: <u>Detention As officer</u>   at <u>Maricopa County Jail / Sheriff office</u>.
   (Position and Title)      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.   If yes, how many lawsuits have you filed? <u>1</u>.  Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: <u>Henry</u>  v. <u>Penzone</u>
      2.   Court and case number: <u>2:20-CV-00085-SPL-CDB</u>.
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) <u>Still Pending</u>

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) _____

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2-A

2.B

## B.  DEFENDANTS

1.  Name of first Defendant: _Sergeant Cooper (A8434)_ .  The first Defendant is employed
as: _(SRT) Special Response Team As Sergeant_  at _Maricopa County Jails/Sheriff office_ .
     (Position and Title)                                           (Institution)

2.  Name of second Defendant: _Troy Collins_ .  The second Defendant is employed as:
as: _Correction Health Provider AS Doctor/PA_  at _Maricopa County Jails/Sheriff office_ .
     (Position and Title)                                           (Institution)

3.  Name of third Defendant: _Sergeant Onterveros B2183_ .  The third Defendant is employed
as: _Disciplinary Hearing Unit As Sergeant_  at _Maricopa county Jails/Sheriff office_ .
     (Position and Title)                                           (Institution)

4.  Name of fourth Defendant: _Sergeant Jared Weiers_ .  The fourth Defendant is employed
as: _Detention As Sergeant_  at _Maricopa county Jail/Sheriff office_ .
     (Position and Title)                                           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.  If yes, how many lawsuits have you filed?___ |___ .  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Henry_ _____ v. _Penzone_ _____
        2.  Court and case number: _2:20-CV-00085-SPL-CDB_ _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Still pending_
        _____

    b.  Second prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-C

## B.  DEFENDANTS

1.   Name of first Defendant: _Sergeant Kirk_ . The  first  Defendant is employed
as: _Disciplinary Hearing unit AS Sergeant (M.C.S.O)_ at _Maricopa county Jails/sheriff office_ .
        (Position and Title)                                              (Institution)

2.   Name of second Defendant: _Sergeant Devine_ . The second Defendant is employed as:
as: _Detention AS Sergeant (M.C.S.O)_ at _Maricopa county Jails/sheriff office._
        (Position and Title)                                              (Institution)

3.   Name of third Defendant:_____. The  third  Defendant is  employed
as:_____at _____
        (Position and Title)                                              (Institution)

4.   Name of fourth Defendant:_____. The  fourth  Defendant is  employed
as:_____at _____
        (Position and Title)                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.   If yes, how many lawsuits have you filed? ___1___ .  Describe the previous lawsuits:

   a.   First prior lawsuit:
        1.   Parties: _Henry_ _____ v. _PenZONE_ _____
        2.   Court and case number: _2:20-cv-00085-SPL-CDB_ _____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
_Still pending_ _____.

   b.   Second prior lawsuit:
        1.   Parties:_____v. _____
        2.   Court and case number:_____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
        _____.

   c.   Third prior lawsuit:
        1.   Parties:_____v. _____
        2.   Court and case number:_____.
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still  pending?)_____
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-C

### D.   CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: 14th Amendment Violation

2. **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☒ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-28-20 i was housed in Acute Mental Health UNIT(P4) LT. Beckwith enter the UNIT And became upset Because of Prior Grievance on Sergeant Weiers for excessive force He then Called me a Nigger and Stated im Having You Move i then became upset and Afraid at this Point i overheard Him state to Staff Move Him to A12 so the camera wont Pick it up i then Refuse to Move He then left and Came back with SRT @ Appy 1600hrs And i heard Him State to supervisor of SRT Sergeant Coopers if he dont Cuff up Shoot em Lt. Beckwith A8110 i Then Assumed that i would be Spray So i Attempted to Bust Sprinkler to Prevent this But i flooded cell instead i covered up My face with A Towel then Placed My Mattress on floor Near table SRT Officers Cooper and Dodd Asked me to Cuff up i Stated i fear for My life, Not Yet! They then Asked me what would i do if they Came in i then Stated I wont fight i wont Do Anything And Covered up with a blanket in Case the tried to pepper Spray Me My hands could Be seen over the blanket They then Open My cell door i didnt Move at all It Remained open for 0-84 Seconds While the talked to me as i Closed My eyes And Rested My Head on wall i listen to then talk i heard someone i believe to have Been Lt. Beckwith say Shoot em As i open My eyes i said im Not fighting Officer Dodd Shot me with a shot Round and i was Dazed and couldnt Hear the shot felt like i'd Been Hit by truck My ears was bleeding at that time (Continued on **3-A**)

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   loss of Hearing in loft Ear, Sprang ankle, swollen legs, Mental disstress, Night Mares And loss of Desire to live. And long term Head pains Due to officer BerNardo Shield Assult, Scars on Both wrist

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?     ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?     ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I filed Grivance (7pages) on 7-15-20 @3PM And fowarded it on 7-15-20 M.C.S.O Didnt Return Response After i fowarded it Grievance# 20-05379.

3

3-A

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 14ᵗʰ Amendment Violation

2. **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

S.R.T officer Bernardo Rushed me with a shield Ramming My Head to wall and Causing My arm to twist at that time he Pressed the shield so hard i couldnt Breath. At that time officer Howard Rip the blanket away and futher twisted my wrist When officer Martinez Rushed to left side and twisted My left arm He Attempted (ofc. Martinez) Pop my Arm out of it socket And dug his Nails into my skin causing me to bleed Ofc. Bernardo, Howard and Navarrete then forcefully Pick me up And walked me to door where ofc. Navarrete Slam me Head first on safe Blanket that was soaking flooded waste Causeing me to fall on Handcuffs then didnt tighten/lock Causing them to break the skin on both wrist untill they bleed officer Bernardo then placed the Hand cuffs to the Back and Placed a hog tie to my ankles and Honk them to handcuffs I was then draged To P4 A12 where the Assult continued (Dragged By officer flecher 82648 and officer Howard) ofc. Martinez then Placed a spit mask on me and whisper Racist comments (Who Bad Now Nigger and i just did what Your Black ass mom couldnt) He whisper this low so i bearly heard it. I then Stated i wanted to Kill myself Officers then used Hog tie to Removed me as i was a Dog to P3 Active watch as i was placed in cell and door Closed i Regain Hearing in My Right Ear only i heared them say they would take my blankets i Refused to give them Because they didnt have Orders to Remove them by doctor ★ (Continued on 3-B)

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Listed on cause of Action page 3

5. **Administrative Remedies:**

    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

    b. Did you submit a request for administrative relief on Count I?     ☒ Yes    ☐ No

    c. Did you appeal your request for relief on Count I to the highest level?     ☒ Yes    ☐ No

    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 14th Amendment Violation

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

My Cell door was the Open and O.C.Dodd Then Aimed The Shot Gun at My Head and Threaten to Shot, then cover My penis with both Hands Due to Fear i Allowed them to Remove My Blankets without a Speed letter which is Required by MHU Policy Officers Bernardo, Howard and Dodd Removed My blankets without Speed letter Required by Policy at Lt. Beckwith Command He (Lt.Beckwith) Also is Responsible for for officer Dodd pointing gun at Me (Shot gun) Because He order them to Re-Enter My cell and Steal My Blankets which Was illegal Due to the lack of speed letter. At that time i Ask to see doctor due to hearing lost i wasnt Seen Until weeks later By Doctor Collins HS3800 who i told My Hearing In left ear was completly gone He stated It would Return overtime My Hearing Hasnt Returned In 6+ Months i cant hear out left ear IN This Count im Alleging Lt.Beckwith, Sergeant Cooper, officer flecher B2648, officers Dodd, Howard, Martinez, Navarrete, And Bernardo used Excessive force Lt.Beckwith is Responsible For Injurys Because He incited and Commanded them to use this force, Paul Penzone is liable for the Actions of these officer therefore he can Also be held Responsible for officers action he recklessly caused Harm By failing to hire, train and supervise All Above listed officers he is Also Responsible for excessive forced used Due to his gross Negligence

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

Listed on Cause of Action page 3

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☒ Yes    ☐ No
b.   Did you submit a request for administrative relief on Count I?                    ☒ Yes    ☐ No
c.   Did you appeal your request for relief on Count I to the highest level?           ☒ Yes    ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14Th Amendment Violation

---

2. **Count II.** Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail                 ☐ Access to the court        ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property             ☐ Exercise of religion       ☒ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since Booked in on 9-28-19 Paul Penzone has Been grossly Negligent In Hiring, Training, Controling And Supervising Officers listed in Counts 1-3 of this Suit And CHS Mental Health Staff and Providers (CHS=Correctional Health Services) And other Jail Personnel While in Paul Penzone Custody i have been Reckless Harmed And Placed in unnessarily dangerous Situation By Paul Penzone And the Staff He Hired. First I was sent to Mental Health UNIT for Hanging Myself Provider Troy Collins (HS388) Discharged Me Because He Stated i was Playing games He Retaliated by discharging me Because i wasn't Making Progress He Stated im discharging You Because You Playing You 'not serious You dont Need To be Here I Advise Him that i would Kill myself And Needed Meds for SMI disorders He discharged me And As a Result i Attempted suicide And was Returned 30 mins later i was sprayed by Sergeant Weiers In Retaliation to my Refusal to leave mental Health UNIT (sprayed with clear-out) He then in Retaliation (sgr weiers) hog tied Me and Sent me to intake for transport i Attempted to Self Harm and was Sent Back to P3 He Retaliated (Sergeant weiers Retaliated) by writing Me up for Assult And Having Blankets And Books issued by Pod officer, Provider Troy Collins Also Retaliated by discharging me when i was Actively Self Harming In the Month of January 2021 I was Retaliated on by Lt. Beckwith He Attempted to move my legal visit Because i had been Writing grievences About them listening to my legal call and visit He Removed My Mitigation Specialist from the visit Room And wasted 45 mins of my visit He Retaliated. (Continued on 4-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Scars on limbs, Self Harm Attempts, lapse in treatment (mental), Mental Distress, Rapid Weight lost 120#, stomach virus, Stomach issues, long term mental distress

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                        ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?           ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____

4-A

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14th Amendment violation

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

By Refusing to give us the time he wasted Back on this same day Sergeant Beckwith And Sergeant Jorden issued a DAR saying i hit an officer When i didn't touch Anybody in Retaliation They both wrote this DAR. Once i was served this D.A.R they Notice It would Be dropped Thor Rewrote it and put New Charges And Allagations In Retaliation Because the first one got dropped DHU Ontiveros B2183 then Allowed them to rewrite it in Retaliation And she Retaliated by finding me guilty Without Any Evidence of Assult. She stated in Retaliation You will get the max, She then Rejected My Grievance on issue of Retaliation Stating You cant Grive disciplinary in Retaliation Because i Named Her in it. This is a Major violation of My 14th Amendment Because this policy of M.C.S.O is High Retaliatory to inmates who are wronged in disciplinary Proceedings. Since booked into M.C.S.O Jails i have filed Almost 30+ Grievances Because the food is Always Spoil, Molded Frozen And undercook M.C.S.O Began Retaliation As soon As i said i would sue Them for feeding me food that cause me Stomach Pains, And cause Rapid weight loss 120+ Pounds in months in Retaliation I was placed on the loaf by Sergeant ontiveros B2183 for 30 days Due to grievances filed on her and co-workers she Alleged that it was for An Assult DAR that Never happen She Retaliated by Imposing the loaf to make Me Have a Mental Health Breakdown And it Resulted in me Attempting to self Harm M.C.S.O Has Retaliated on me By Allowing DHU ontiveros and Kirks to (Continued 4-B)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   listed on Cause of Action page 4

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4-A

4-B

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14th Amendment Violation

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   □ Basic necessities        □ Mail              □ Access to the court    □ Medical care
   □ Disciplinary proceedings  □ Property          □ Exercise of religion    ☑ Retaliation
   □ Excessive force by an officer  □ Threat to safety  □ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Impose Max Santions on me in Retaliation Because Mental Health Advised them(Kirk and onteverous) that it was Due to my mental Health that Resulted in a DAR in Retsitution They gave me Santions that would cause mental Health issues instead of suspending it as policy says they Should In Retaliation Sergeant has Imposed Santion that caused self Harm and further Mental Health intuy she Also caused me to Relapse in treatment for mental Health Because of my smi behavior, me filing grievences and me complaing about the food, and Her favor she Always give her co-workers instead of Be fair Due to my Prea Allagation, my grievence on Her and my lack of Respect for Her she Retaliated by finding me guilty on(DAR) write-ups with evidence and Imposing Max Santion dispute my SMI Status and hasnt suspended Not one of my DARS. for the month of Feb 2021 I was Refuse 8+ meals in Retaliation By M.L.S.O Devine Because i grieved the first shift officers and Himself for serving me a under cooked loaf I lose weight Rapidly Due to Devines Retaliations, Provider troy HS 388 Retaliation Also caused me Harm. paul Penzone is Responsible for All listed staff Action Because He fail to hire, train and supervise officer correctly which Resulted in wreckless Harm. Sergeant weiers Retaliated by giving False write-ups, Spraying me with clear out gas, Hog tieing me, Twisting my arm and legs Because of my Refusal to leave Mental Health unit without treatment and probin suits and grievences

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

loolet on Cause of Action Page 4

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                          ☑ Yes      □ No
   b. Did you submit a request for administrative relief on Count II?                  ☑ Yes      □ No
   c. Did you appeal your request for relief on Count II to the highest level?          ☑ Yes      □ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4-B

4

4-C

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 14th Amendment violation

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other:_____
   - ☐ Medical care
   - ☑ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   All of the Issues listed Before Above happen while in Mental Health Services, 4th Ave Jail, LBJ Jail Starting 9-29-19 to Current 2-28-21 Committed by The Above Stated defendants in this count, Paul Penzone knew or had Reason to know of Above issues So he is Held Reliable Because he Allow this to happen He fail to Hire, train and supervise His Staff therefore Retaliated for me coming to Jail, Also Paul Penzone, And M.C.S.O officers under his command Retaliated on me by Adding 27,000 dollars to My criminal case for Assult And I was held on the incorrect bond by Paul Penzone untill i proved that bond was wrong to courts who lowerbond after 4+ Months Due to Error by Paul Penzone

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   listed on Caused of Actions page 4

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4-C

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 14th Amendment Violation

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since booked in Lower Buckeye 4th Ave Jail on 9-28-2019 M.C.S.O Sergeants ontiveros And Kirk has Been imposing Santions on Me Without Considering My Brain and Mental Defects which are the Reasons for 95% of My Disciplinary Proceedings (DHU) Disciplinary UNIT / Disciplinary Hearing Unit officers Ontiveros, and Kirk has been unfair in All distcilinary Proceeding, they fail to suspend Santions that would Cause Me harm or Cause me to have issues with Mental Health treatment, And Resulted in Fatal Injury and suicde Attempts And self harm, M.C.S.O Policy States Any santions that will Cause harm shall Be suspended It Also States If Imposed Santion is Impose And it has bad effects on (SMI) serious Mentally ILL Inmates it shall be suspended. Both Sergeants Ontiveros and Kirk Apply Cruel And Unusual punishment on me Since Sep 2019 18 total Months causing Me serious Mental Damage Each DAR/write-up Received Was Review by Mental Health Doctors And deemed A Result from mental Health Disorders Level 3 write-up caused by Mental Health) Mental Health staff then Advised santion Should Be suspended But Each DAR or 95% of DAR's were Imposed when they were A direct Result of Mental Illness Restrictions Added up to 2 years Without a break. The direct Result (continued on 8-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Cuts on limbs, Suicide Attempts, Unrepairable Mental damage, Mental distress, loss of weight 100+ And lost of liberty

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. filed Greivance But It was Rejected Inmates Cant Greive disciplinary

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-A

## COUNT III

1. State the constitutional or other federal civil right that was violated: 14th Amendment Violation

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Result of Cruel Punishments it Resulted in 5+ Suicide Attempts And 5+ long Extented STAYS in Mental Health UNIT (Acute Treatment) Sergeant ontiveros and Kirk Both Know of all My Mental Health defects And brain Injurys they were even Adused by Mental Health that it was 99% Risk in imposing santion And would likely end very badly they still imposed santions Once Moved to Suicide watch ontiveros continued to Place Restriction on me she didnt Suspend NOT one santion for write-ups As policy State she should she there on a false Assult ticket imposed A loaf santion so i couldnt eat for 30 Days i was feed undercooked cornbread Only bread and water Only the cornbread contained carrots and Beans About 2-5 Small beans and 1 inch of carrots And The bread was very undercook It was completly Cream From Mix in Middle Sergeant ontiveros Refused to trade the undercook food (Her and other officers) i was force to eat undercook food to Servive I lost 100+ Pound due to issues With DHU ontiveros. The Disciplinary Proceedings for SMi are very Cruel And unusual Punishment to SMi Inmates and myself. I have been on Restriction for 12+ Months with a break in santions dispite My Mental Health defects And the fact that (continued 5-B)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
listed on Cause of Action (5= Page 5)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cant Grieve disciplinary

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-B

# COUNT III

1. State the constitutional or other federal civil right that was violated: 14th Amendment violation

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   They were high Risk to cause harm. Paul Penzone and (DHU) Disciplinary Hearing Unit Sergeants Imposed sanction that caused Harm to me + can't Recover from. They Placed me in a cell 24 hours a Day 6 days a week and only 15 mins on the 7th Day (Done By Paul Penzone DHU Sergeant kirk and ontiveros) Causing me harm mentally which i can never Recover from they caused 5+ Suicide Attempts And it so bad i had to be transported to ER hospital. Paul Penzone fail to hire, train and supervise His staff (ontiveros and kirk) who Recklessly caused Harm to me by there Actions They (ontiveros and Kirk) didn't consider the Harm that would be cause by santions and disciplinary proceedings Even tho, they were warned by mental Health They violated my Rights to fair treatment and violated policy which stated i was entitle to suspended santions IF they were harmful By Imposing sanction vs. suspending them They (ontiveros and kirk) Even Imposed santions of Restriction and loaf without the mandated override form Mandated by policy they Imposed santions to cause harm both officers ontiveros and kirk and Sheriff Penzone Action violated my 14th Amendment Right (Constitutional) And treated me with cruel and unusual punishment. Paul Penzone was grossly negligent (continued on 5-C)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   listed on Cause of Action (5-Page 5)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?     ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cant Grieve disciplinary Proceedings

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-B

5-C

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _14th Amendment violation_

2.   **Count III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
     ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
     ☒ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
     ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_towards his dutys as sheriff he failed to Protect me and Hire, train and Supervise Jail personnel Properly He knew or Had Reason to know of Issues as sheriff of Jails and staff_

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_listed on cause of Action Page 5_

5.   **Administrative Remedies.**
     a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                          ☒ Yes   ☐ No
     b.   Did you submit a request for administrative relief on Count III?                            ☒ Yes   ☐ No
     c.   Did you appeal your request for relief on Count III to the highest level?                   ☒ Yes   ☐ No
     d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _Cant Grieve disiplinary Proceedings_

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5-C

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

COUNT 1.) For loss of Hearing, would like $50,000 for All other injuys I want $15000

COUNT 2.) I want $5800 dollars And for COUNT 3.) $4600

A total of $75,400

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-28-21

_____        _____
        DATE                                                   SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# __CERTIFICATION__

I hereby certify that on this date _____ MAR 1 – 2021 _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____


_____     _____
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

rev. 05/20/19